An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID THOMAS WARREN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63333

**FILED**

JUN 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order dismissing an appeal from a conviction arising in the justice court. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-18498

cc:   Hon. Rob Bare, District Judge
David Thomas Warren
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2